Miguel J. Chapa, Bar #027660
CHAPA LAW GROUP, PC
2999 N. 44th St., Suite 516
Phoenix, Arizona 85018
602-266-9006
mchapa@chapalawgroup.com
efile@chapalawgroup.com

Deena L. Buchanan, Bar NM Bar #10492
BUCHANAN LAW FIRM, LLC
*Admitted Pro Hac Vice*
12231 Academy Road NE, #300-199
Albuquerque, NM 87111
505-900-3559
deena@dbuchananlaw.com

*Attorneys for Plaintiff Ilda Herrera*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ilda Herrera,<br><br>     Plaintiff,<br>v.<br><br>Western Express Incorporated, et al.,<br><br>     Defendants. | No. CV-19-00803-PHX-JJT<br><br>**STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff and Defendants, Western Express, Inc., d/b/a Western Express, and Dustin Figueroa, hereby stipulate and agree that Plaintiff may file her Second Amended Complaint ("SAC"), pursuant to Federal Rule of Civil Procedure 15.  The reason for the amendment is to substitute Hydro Extrusion North America, LLC, f/k/a SAPA Extrusions North America, LLC, as the proper defendant and real party in interest for Defendants ABC

Limited Liability Corporations I-X, previously indicated in Plaintiff's Complaint and First Amended Complaint.

Dated this 17th day of May, 2019.

Respectfully submitted,

CHAPA LAW GROUP, PC

/s/ Miguel J. Chapa
Miguel J. Chapa
State Bar No. 027660
2999 N. 44th St., Suite 516
Phoenix, Arizona 85018

BUCHANAN LAW FIRM, LLC

/s/ Deena L. Buchanan
Deena L. Buchanan
NM State Bar No. 10492
12231 Academy Road NE, #300-199
Albuquerque, NM 87111

*Attorneys for Plaintiff Ilda Herrera*


JONES SKELTON & HOCHULI, PLC

/s/ Clarice A. Spicker
Phillip H. Stanfield
Clarice A. Spicker
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendant Western Express, Inc., d/b/a Western Express, and Dustin Figueroa*

| | |
|---|---|
| 1 | COPY of the foregoing emailed this 17th day of May, 2019, to: |
| 2 | |
| 3 | Philip H. Stanfield<br>Clarice A. Spicker |
| 4 | Jones Skelton & Hochuli, PLC<br>40 North Central Avenue, Suite 2700 |
| 5 | Phoenix, AZ  85004 |
| 6 | |
| 7 | *Attorneys for Defendants* |

/s/ Eddie Saucedo