# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ida Herrera, | No. CV-19-00803-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Western Express Incorporated, *et al.*, | |
| Defendants. | |

At issue is the parties' Stipulation to Allow Plaintiff to File Second Amended Complaint (Doc. 22). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Allow Plaintiff to File Second Amended Complaint (Doc. 22). Pursuant to Local Rule 15.1(a), Plaintiffs must also file a Notice of Filing Second Amended Complaint and attach a copy of the proposed amended complaint as an exhibit, "which must indicate in what respect it differs from the pleading it amends, by bracketing or striking through the text to be deleted and underlining the text to be added."

Dated this 23rd day of May, 2019.

Honorable John J. Tuchi
United States District Judge